IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

IZEH MATTHEW,
        Plaintiff,

v.                                                                       Civil No. 3:23cv46 (DJN)

OFFICER GAMBIA, *et al.*,
        Defendants.

**MEMORANDUM OPINION**

Plaintiff, a former Virginia inmate, submitted this civil action. By Memorandum Order entered on February 6, 2023, the Court conditionally docketed the action and required Plaintiff to complete and return certain forms. (ECF No. 2.) The Court mailed the Memorandum Order to the address that Plaintiff provided on the complaint form. On February 15, 2023, the United States Postal Service returned the February 6, 2023 Memorandum Order as undeliverable. (ECF No. 3.) By Memorandum Order entered on March 29, 2023, the Court noted that Plaintiff provided different addresses on the complaint form and the envelope that he used to mail the form. (ECF No. 5.) The Court explained that it would make one final attempt to reach the Plaintiff at the address listed on the envelope and directed the Clerk to mail the March 29, 2023 Memorandum to Plaintiff again. However, on April 13, 2023, the United States Postal Service returned the second copy of the March 29, 2023 Memorandum Order to the Court marked, "FORWARD TIME EXP. RTN TO SND." (ECF No. 6, at 1.)

Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest

in prosecuting this action. Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Order shall issue.

                                               /s/
                                        David J. Novak
                                        United States District Judge

Richmond, Virginia
Dated: April 17, 2023